DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

STUART K. TUBIS, SBN 278278
Jeffer, Mangels, Butler & Mitchell LLP
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: 415-398-8080
Facsimile: 877-712-3343
Electronic Mail: SKT@JMBM.com

Attorney for DEFENDANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>PACPIZZA LLC, dba PIZZA HUT; GEORGE N. KENYON; JAMES F. JOHNSON; JAMES F. JOHNSON TRUST, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 2:14-cv-02983-MCE-AC<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  April 7th, 2015                                            /s/Daniel Malakauskas____
                                                                                By: Daniel Malakauskas,
                                                                                Attorney for Plaintiff

Date: April 7th, 2015                                             /s/Stuart Tubis_____
                                                                                By: Stuart Tubis,
                                                                                Attorney for Defendants

**ORDER**

**IT IS HEREBY ORDERED**, that this action be **dismissed, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT